No. 140, Misc. Mason *v.* Cranor, Superintendent, Washington State Penitentiary. Supreme Court of

Washington. Certiorari denied. 